UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00256-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. DILOROM ASIMOVA and
2. TERRY GARDNER,

Defendants.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, August 18, 2010,** and responses to these motions shall be filed by **Monday, August 30, 2010.** It is

FURTHER ORDERED that a two-week jury trial is set to commence **Monday, September 13, 2010, at 9:00 a.m. in courtroom A-1002.** Finally, it is

ORDERED that the parties shall promptly contact the Court if a hearing on pending motions or final trial preparation conference needs to be set.

Dated this 22nd day of July, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge