UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00256-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DILOROM ASIMOVA and
2. TERRY GARDNER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the status conference set for **Monday, November 15, 2010, at 9:00 a.m.** is **VACATED** and **RESET** for <u>**Tuesday**</u>**, November 16, 2010, at 9:00 a.m.**

    September 10, 2010