UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00256-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DILOROM ASIMOVA and
2.  TERRY GARDNER,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Counsel for Defendants Asimova and Gardner shall file a joint Status Report on or before **Tuesday, February 22, 2011**.

      January 11, 2011