UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00256-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DILOROM ASIMOVA

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict with an ongoing civil trial, the Change of Plea hearing set for **Friday, January 21, 2011, at 3:00 p.m.** is **VACATED** and **RESET** for **Monday, February 7, 2011, at 3:30 p.m.**

    January 21, 2011