**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | May 9, 2011 | Probation: | Lisa Pence |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00256-WYD**          Counsel:

UNITED STATES OF AMERICA,                       Jaime A. Pena

      Plaintiff,

v.

**1.  DOLOROM ASIMOVA**,                       Gary Lozow

      Defendant.

**SENTENCING**

**1:39 p.m.**      Court in Session - Defendant present (on-bond)

      **Change of Plea Hearing - Monday, February 7, 2011, at 3:30 p.m.
      Plea of Guilty - count one of Indictment**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

1:40 p.m.      Statement on behalf of Defendant (Mr. Lozow).

1:42 p.m.      Statement and argument on behalf of Government (Mr. Pena).

1:45 p.m.      Statement and argument on behalf of Defendant (Mr. Lozow).

1:53 p.m.      Statement by Defendant on his own behalf (Ms. Asimova).

Court ACCEPTS and RATIFIES plea agreement pursuant to F.R.Cr.P. 11(c)(1)(C).

Court makes findings.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc. #50), filed April 19, 2011, is **GRANTED.**

**ORDERED:**  Defendant's Motion for Further Downward Departure or Variance (ECF Doc. #51), filed April 26, 2011, is **DENIED AS MOOT.**

**ORDERED:**  Defendant is placed on **probation** for a term of **5** years.

**ORDERED:**  **Conditions** of **Probation** are:

(X)  Defendant shall not commit another federal, state or local crime.

(X)  Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)  Defendant shall comply with standard conditions adopted by the Court.

(X)  Defendant shall not unlawfully possess a controlled substance.

(X)  The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because the presentence report indicates a low risk of future substance abuse by the defendant..

(X)  The defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

(X)  The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**  **Special Condition(s)** of **Probation** are:

(X)  Any employment for the defendant shall be approved in advance by the supervising probation officer.  The defendant shall permit contact between the probation officer and her employer(s), including, but not limited to, full-time, part-time, temporary, and contract employers.  The defendant shall not engage in any medical billing.

|     |     |
| --- | --- |
| (X) | The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence. |
| (X) | As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case. |
| (X) | The defendant shall submit to financial monitoring by, or at the direction of, the probation officer. |
| (X) | The defendant shall not represent herself to any person in any forum as a medical doctor with the ability to practice in the United States.  This applies to both profit and not-for-profit ventures as well as volunteering positions.  Any medical advice she provides shall comply with state or federal licensing requirements. |

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant to make **restitution** as follows:
**$68,312.74 to be made payable to Clerk, U.S. District Court; 901 19th Street, #A-105; Denver, CO  80294 to be disbursed to the following victim(s):**

| **Victims** | **Amount** |
| --- | --- |
| Colorado Department of Health Care Policy and Financing<br>Attn: Eileen Sandoval<br>1570 Grant Street<br>Denver, Colorado  80203-1818 | $49,000.06 |
| Centers for Medicare and Medicaid Services<br>CMS<br>P.O. Box 7520<br>Baltimore, Maryland 21207-0520 | $19,312.68 |

If an overnight service, such as FedEx, is used for the Medicare restitution, it should be directed to:

Centers for Medicare and Medicaid Services
CMS
7500 Security Boulevard Mailstop C3-11-03
Baltimore, Maryland  21224

**The Court has determined that the defendant does not have the ability to pay interest, and the interest requirement is waived for the restitution.** Payment of the monetary obligations be due as follows:  The special assessment shall be due immediately.  The balance of the monetary obligations shall be paid in monthly installment payments calculated as at least 10 percent of the defendant's gross monthly wages.

**ORDERED:** Defendant may surrender voluntarily as follows:  **Report to the designated institution on or before Monday, , 2011, at 12:00 noon.**

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Counts 2-13 and 15 of the Indictment as to Defendant Dilorom Asimova (ECF Doc. #56), filed May 5, 2011, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**2:16 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :37**