IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   10-cr-00256-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  DILOROM ASIMOVA,**

    Defendant

---

### ORDER

---

    Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown, it is hereby

    ORDERED that Government's Motion to Dismiss 2-13 and 15 of the Indictment as to Defendant Dilorom Asimova (ECF Doc. #56), filed May 5, 2011, is **GRANTED.**  It is further

    ORDERED that Counts 2-13 and 15 of the Indictment against the defendant be dismissed, as to this defendant only.

    Dated:  May 9, 2011.

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             WILEY Y. DANIEL,
                                             CHIEF UNITED STATES DISTRICT JUDGE